No. 04–7938. REESE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7947. MARKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7949. MATLOCK, AKA STRATFORD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7950. LEWIS, AKA SHEEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–7953. LOGGINS v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 04–7959. DEL TORO GUDINO, AKA DEL TORO-GUDINO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7964. WHITE v. LAMOUTTE, BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT, ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–7966. RIDDLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7969. SOBRILSKI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–7971. AGUIRRE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–7973. McKENITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7974. MURPHY v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–7975. CUEVAS MORALES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–7978. SANCHEZ-GONZALEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.